# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MINERVA ROSA DURAN,<br><br>Defendant. | Case No.: 23-cr-0007-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On January 31, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for February 3, 2023, to February 24, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 29] and sets the Motion Hearing/Trial Setting on February 24, 2023, at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. The parties represent that they have reached resolution of this case and defense counsel will schedule the change of plea hearing before the Magistrate Judge.

//
//
//

1  Accordingly, the Court finds that time from February 3, 2023, to February 24, 2023,
2  shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).
3  IT IS SO ORDERED.
4  Dated: 1/31/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE