UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MINERVA ROSA DURAN,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23-cr-0007-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On February 21, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for February 24, 2023, to March 24, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 34] and sets the Motion Hearing/Trial Setting on March 24, 2023, at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On February 15, 2023, a plea agreement was lodged before the Court, and a change of plea hearing is set for March 2, 2023.

//
//
//
//

1 | Accordingly, the Court finds that time from February 24, 2023, to March 24, 2023, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated: 2/22/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE