# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JINSOOK OHTA)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 23-CR-00007-JO |
| Plaintiffs, | ) ) ) | [~~PROPOSED~~] ORDER TO APPEAR REMOTELY FOR COURT HEARING |
| vs. | ) ) ) | |
| MINERVA ROSA DURAN, | ) ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that defendant, Minerva Rosa DURAN, may plead guilty remotely, by video, at the hearing scheduled for March 2, 2023.

IT IS SO ORDERED:

Dated: 2/22/23

HON. ~~JUDGE~~ JINSOOK OHTA

1